IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| OIL TOOL RENTALS, CO. d/b/a<br>ARKOMA MACHINE & FISHING<br>TOOLS and BIG MAC TANK TRUCKS,<br>LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SH EXPLORATION, LLC and<br>SH ENERGY USA, INC.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  No. 4:10CV00324 SWW<br>*<br>*<br>*<br>*<br>* |

**Order**

Before the Court is plaintiffs' motion to remand to which defendants do not object. The Court finds the motion [docket entry 16] should be and is hereby granted. The Court remands this case to state court.[1]

DATED this 16th day of August, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendant SH Exploration, LLC, filed a bankruptcy petition in federal bankruptcy court in Nevada. This remand has no intended effect upon the automatic stay of this case in connection with the bankruptcy proceedings.